UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON NGUYEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SSA COMMISSIONER,<br><br>        Defendant. | Case No. 25-cv-04398-TSH<br><br>**ORDER TO SHOW CAUSE** |

On December 12, 2025, the Court denied Plaintiff Preston Nguyen's Social Security brief without prejudice and directed him to file a revised brief by January 2, 2026. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Preston Nguyen to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 20, 2026. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 6, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge