CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON NGUYEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO.  3:25-cv-04398-TSH<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [PROPOSED] ORDER |

        IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further consider the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p). In so doing, evaluate the medical

Stip. to Remand, [3:25-cv-04398-TSH]                1

source opinions and pursuant to the provisions of 20 C.F.R. § 404.1520c. As appropriate, the ALJ may request that the medical sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. § 404.1520b.

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 19, 2026     By: */s/ Dominic M. Pontello*
             DOMINIC M. PONTELLO
             (as authorized by email)
             Attorney for Plaintiff

Dated: February 19, 2026     CRAIG H. MISSAKIAN
             United States Attorney

             MATHEW W. PILE
             Head of Program Litigation 1

             By: */s/ Erin Highland*
             ERIN HIGHLAND
             Special Assistant U.S. Attorney
             Social Security Administration
             Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: February 19, 2026___

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

Stip. to Remand, [3:25-cv-04398-TSH]   2