CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON NGUYEN, | ) CIVIL NO. 3:25-cv-04398-TSH |
| Plaintiff, | ) |
| vs. | ) ~~PROPOSED~~ JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on February 19, 2026.

JUDGMENT is entered for Plaintiff, and this case is closed.

Judgment [3:25-cv-04398-TSH]                    1

Presented by:

s/ Erin F. Highland

ERIN F. HIGHLAND
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy
Social Security Administration

Dated this 19th day of February, 2026

_____
THE HONORABLE THOMAS S. HIXSON

United States Magistrate Judge

Proposed Judgment [3:25-cv-04398-TSH]           2